LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
SAMANTHA C. GRANT (SBN 198130)
  scg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
DISPLAY WORKS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARTLEY, an individual; and DERSE, INC., a Wisconsin corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>DISPLAYWORKS, LLC, a Maryland Limited Liability Company, and DOES 1 through 25, ,<br><br>          Defendant. | CASE NO. 8:16-cv-00269-CJC-JCG<br><br>Before the Honorable Cormac J. Carney<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT DISPLAY WORKS, LLC'S SPECIAL MOTION TO STRIKE DERSE, INC.'S UCL AND TORTIOUS INTERFERENCE CLAIMS, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>Time:      1:30 p.m.<br>Date:      April 25, 2016<br>Courtroom: 9B<br><br>File Date:     Jan. 7, 2016<br>Removal Date: Feb. 16, 2016 |

Mitchell Silberberg & Knupp LLP

7543077.1

RJN ISO DISPLAY WORKS' SPECIAL MOTION TO STRIKE

Pursuant to Federal Rule of Evidence 201, defendant Display Works, LLC ("Display Works") hereby requests the Court take judicial notice of the following:

1. A March 21, 2016 Order dissolving the restraints on Derse, Inc. issued by Judge Arleo in the New Jersey Action (ECF 75 in the New Jersey Action), a true and correct copy of which is attached hereto as **Exhibit A.**

The listed exhibit is subject to judicial notice because it is "not subject to reasonable dispute" in that it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Federal Rule of Evidence 201(c) further provides that "[t]he court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

Here, the record of the District Court in New Jersey satisfy the requirements of Federal Rule of Evidence 201(b) because it is an official public record not reasonably in dispute. See, e.g., MGIC Indem. Corp. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986) (a court may take judicial notice of documents that are matters of public record). Display Works has provided the Court with the necessary information required pursuant to Federal Rule of Evidence 201(c) in that it has attached the relevant record of the District Court in New Jersey to this Request as Exhibit A. Thus, the Court may properly grant Display Works' Request for Judicial Notice.

DATED: March 28, 2016

MITCHELL SILBERBERG & KNUPP LLP
LUCIA E. COYOCA
SAMANTHA C. GRANT

By: /s/ Samantha C. Grant
Samantha C. Grant
Attorneys for Defendant
DISPLAY WORKS, LLC

# Exhibit A

7548491.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**DISPLAY WORKS, LLC,**

    *Plaintiff*,

v.

**MICHAEL BARTLEY and DERSE, INC.**

    *Defendants*.

**Civil Action No. 16-583**

**ORDER**

    **THIS MATTER** having come before the Court by way of a preliminary injunction hearing held on March 17, 2016;

    and for the reasons stated forth on the record, which will be expounded upon in a forthcoming opinion;

    **IT IS**, on this 21st day of March, 2016,

    **ORDERED** that the restraints on Defendant Derse, Inc. are dissolved due to lack of personal jurisdiction; and it is further

    **ORDERED** that the restraints on Defendant Michael Bartley remain in effect.

                                          */s Madeline Cox Arleo*
                                          **MADELINE COX ARLEO**
                                          **UNITED STATES DISTRICT JUDGE**