EMILIO G. GONZALEZ (State Bar No. 197382)
  emiliogonzalez@dwt.com
CARLA A. MCCAULEY (State Bar No. 223910)
  carlamccauley@dwt.com
SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Plaintiffs
MICHAEL BARTLEY and DERSE, INC.

LAURA C. HESS (State Bar No. 198284)
  lhess@kringandchung.com
KRING & CHUNG, LLP
38 Corporate Park
Irvine, California  92606
Telephone:  (949) 261-7700
Fax:  (949) 261-8800

Attorneys for Plaintiff
MICHAEL BARTLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARTLEY, an Individual; and DERSE, INC., a Wisconsin Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DISPLAYWORKS, LLC, a Maryland Limited Liability Company; and Does 1 through 25<br><br>Defendants. | Case No. **8:16-CV-00269 CJC (JCGx)**<br>Before the Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: May 2, 2016_<br>Time:              1:30 p.m.<br>Courtroom:    9B |

Having considered the Motion for Judgment on the Pleadings filed by Plaintiffs Michael Bartley ("Mr. Bartley") and Derse Inc. ("Derse") (collectively "Plaintiffs"), all papers in support thereof and any argument thereon, the Court hereby GRANTS the Motion. The Court enters judgment in favor of Plaintiffs and against Defendant Display Works, LLC ("Display Works") as follows:

(1) The Non-Solicitation and Non-Disclosure Agreement ("Agreement") is unenforceable because it expired;

(2) Even if it did not expire, the Agreement is unenforceable because it violates Cal. Bus. & Prof. Code section 16600;

(3) Display Works' use of noncompetition/ nonsolicitation agreements violates California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et. seq.*; and

(4) Display Works' use of noncompetition/nonsolicitation agreements constitutes unlawful interference with Mr. Bartley's and Derse's prospective economic advantage under California law.

**IT IS SO ORDERED.**

Dated: _____, 2016                    _____
                                           Hon. Cormac Carney
                                           United States District Judge

[PROPOSED] ORDER
DWT 29229809v1 0106016-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899