1 | EMILIO G. GONZALEZ (State Bar No. 197382)
emiliogonzalez@dwt.com
2 | CARLA A. MCCAULEY (State Bar No. 223910)
carlamccauley@dwt.com
3 | SCOTT R. COMMERSON (State Bar No. 227460)
scottcommerson@dwt.com
4 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
5 | Los Angeles, California 90017-2566
Telephone: (213) 633-6800
6 | Fax: (213) 633-6899

7 | Attorneys for Plaintiffs
MICHAEL BARTLEY and DERSE, INC.
8 |
9 | LAURA C. HESS (State Bar No. 198284)
lhess@kringandchung.com
KRING & CHUNG, LLP
10 | 38 Corporate Park
Irvine, California 92606
11 | Telephone: (949) 261-7700
Fax: (949) 261-8800
12 |
13 | Attorneys for Plaintiff
MICHAEL BARTLEY

14 | UNITED STATES DISTRICT COURT

15 | CENTRAL DISTRICT OF CALIFORNIA

16 |

17 | MICHAEL BARTLEY, an Individual; and DERSE, INC., a Wisconsin Corporation,

Case No. **8:16-CV-00269 CJC (JCGx)**

**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(C)**

Plaintiffs,

vs.

DISPLAYWORKS, LLC, a Maryland Limited Liability Company; and Does 1 through 25

Defendants.

---

PLAINTIFFS' NOTICE PURSUANT
TO NINTH CIRCUIT RULE 10-3.1(C)
DWT 29491907v1 0106016-000001

1  Please take notice that no transcripts will be ordered in connection with Ninth
2  Circuit Case No. 16-55614, because there were no reported proceedings in the
3  district court. *See* 9th Cir. R. 10-3.1(c). A copy of this notice will be provided to the
4  Court of Appeals.

6  DATED: May 5, 2016

DAVIS WRIGHT TREMAINE LLP
EMILIO G. GONZALEZ
CARLA A. MCCAULEY
SCOTT R. COMMERSON

By: _____/s/ Scott R. Commerson_____
　　　　Scott R. Commerson
Attorneys for Plaintiffs
MICHAEL BARTLEY and DERSE, INC.

1

PLAINTIFFS' NOTICE PURSUANT
TO NINTH CIRCUIT RULE 10-3.1(C)
DWT 29491907v1 0106016-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On May 5, 2016, I served the foregoing document(s) described as:

**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(C)**

on the interested parties in this action as stated below:

United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco CA  94103

☒ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 5, 2016, at Los Angeles, California.

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Nancy Gonzalez                                     /s/ Nancy Gonzalez
Print Name                                         Signature

PLAINTIFFS' NOTICE PURSUANT
TO NINTH CIRCUIT RULE 10-3.1(C)
DWT 29491907v1 0106016-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899